UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KRISTIN ANN KIESLER, | No. ED CV 17-01625-VAP (DFM) |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

In the Court's August 21, 2017 Case Management Order, this Court ordered Plaintiff, who is proceeding pro se, to file and serve her motion for judgment on the pleadings within 35 days of the service of Defendant's answer. See Dkt. 7 at 3. Defendant filed her answer on February 8, 2018. See Dkt. 10. Plaintiff's deadline to submit her motion was thus March 15, 2018. On March 19, the Commissioner filed a stipulation for extension of time for Plaintiff to file her motion, stating that Plaintiff had been searching for an attorney to take over her case and had been sick. See Dkt. 12. The Court extended Plaintiff's deadline to May 20, 2018. See Dkt. 13.

As of the date of this order, Plaintiff has not filed her motion or requested more time to do so.

Accordingly, <u>on or before twenty-one (21) days of the date of this order</u>, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why Plaintiff did not timely submit her motion for judgment on the pleadings, and why the Court should not dismiss this action for failure to prosecute and failure to comply with the Court's prior order; or (b) request an extension of time for the motion deadline. **Plaintiff is expressly forewarned that if she fails to do either, the Court will deem this failure as a further violation of a Court order and further evidence of lack of prosecution, warranting dismissal.**

Dated: November 20, 2018

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge